EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Miguel A. Nogueras Castro | 2006 TSPR 168<br><br>169 DPR \_\_\_\_ |

Número del Caso: TS-9243

Fecha: 10 de noviembre de 2006

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

                                         Queja

Miguel A. Nogueras Castro

                             TS-9243

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de noviembre de 2006.

Atendida la Moción Informativa radicada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del ejercicio de la abogacía del Lcdo. Miguel A. Nogueras Castro.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal. El Juez Asociado señor Fuster Berlingeri no intervino.

                         Aida Ileana Oquendo Graulau
                      Secretaria del Tribunal Supremo